UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| KIERRA TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:25-cv-772-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on Defendant Midland Credit Management, LLC, ("Midland"), Motion to Stay and Hold its Motion to Dismiss Proceeding in Abeyance. [R. 22]. Therein, Midland requests the Court stay and hold the motion to dismiss, [R. 19], in abeyance while Plaintiff's Motion for Leave to File Amended Complaint, [R. 20], is pending. *Id.* at 1. Midland further states that should the Court grant Plaintiff to amend her complaint, the motion to dismiss would be rendered moot. *Id.* The Court agrees.

Therefore, having reviewed the motion, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Defendant Midland Credit Management, LLC's Motion to Stay and Hold Its Motion to Dismiss Proceeding in Abeyance, [**R. 22**], is **GRANTED**.

2. Defendant Midland Credit Management, LLC's Motion to Dismiss, [**R. 19**], is **STAYED** and held in **ABEYANCE** pending a ruling on Plaintiff's Motion for Leave to File Amended Complaint, [**R. 20**].

3. If Plaintiff's Motion for Leave to File Amended Complaint is denied, Defendant Midland Credit Management, LLC, **SHALL have fourteen (14) days** to file its reply to its motion to dismiss.

This the 17th day of July, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Plaintiff, *pro se*
Counsel of Record